UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>LEOPOLDO CORTES-RODRIGUEZ<br><br>    Defendant. | NO. CR: 14-70714-PSG<br><br>ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Date: 6/11/14

HOWARD R. LLOYD
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 14-70714-PSG)